**B6D (Official Form 6D) (12/07)**

In re **Archie May Jones,**
**Charlotte Reed Jones**
_____,
Debtors

Case No. **10-31114**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American General Finance**<br>**Po Box 742536**<br>**Cincinnati, OH 45274** | | J | **mortgage**<br><br>**3783 Longview Drive Kenbridge VA 23944 Located in Lunenburg County**<br><br>Value $ **42,900.00** | | | | **47,628.00** | **0.00** |
| Account No.<br><br>**C & F Finance**<br>**Po Box 603**<br>**Henrico, VA 23231** | | J | **Auto**<br><br>**2008 Dodge Nitro 33k miles**<br><br>Value $ **22,500.00** | | | | **26,800.83** | **4,300.83** |
| Account No.<br><br>**Citizens Bank & Trust**<br>**126 South Main Street**<br>**Blackstone, VA 23824** | | J | **land loan (loan was in parents name attached to land)**<br><br>**421 Mt Nebo Road Blackstone VA 23824 3 acres with Mobile Home**<br>**Still in Deceased parents name**<br><br>Value $ **18,000.00** | | | | **4,040.00** | **0.00** |
| Account No.<br><br>**Wachovia Dealer Services**<br>**PO Box 3539**<br>**Rancho Cucamonga, CA 91729** | | J | **3783 Longview Drive Kenbridge VA 23944 Located in Lunenburg County**<br><br><br>Value $ **42,900.00** | | | | **22,000.00** | **22,000.00** |
| **_0_** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **100,468.83** | **26,300.83** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **100,468.83** | **26,300.83** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Archie May Jones**
**Charlotte Reed Jones**
Debtor(s)

Case No. **10-31114**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 28, 2010**    Signature  **/s/ Archie May Jones**
**Archie May Jones**
Debtor

Date **December 28, 2010**    Signature  **/s/ Charlotte Reed Jones**
**Charlotte Reed Jones**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Archie May Jones / Charlotte Reed Jones**, Debtor(s)

Case No. **10-31114**
Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [x] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [ ] Creditor(s) added       [ ] Creditor(s) deleted
  - [x] Change in amounts owed or classification of debt
  - [ ] No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)
  - [ ] Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7** - only file Schedule of Unpaid Debts.
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **December 28, 2010**

*/s/ Richard Oulton*
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **29640 ~29640**
Mailing Address: **The Debt Law Group, Pllc**
**111 Highland Ave**
**Colonial Heights, VA 23834**
Telephone No.: **804-520-2428**

I, **Archie May Jones, Charlotte Reed Jones** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **December 28, 2010**

*/s/ Archie May Jones*
*/s/ Charlotte Reed Jones*

[amendcs ver. 10/2007]

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Archie May Jones**
**Charlotte Reed Jones**
Debtor(s)

Case No. **10-31114**
Chapter **13**

**TO:**
**Wachovia Dealer Services**     **Po Box 3539**     **Rancho Cucamonga, CA 91729**

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor/ Change Classification of Debt,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Archie May Jones**
**Charlotte Reed Jones**

Date: **December 28, 2010**     By  */s/ Richard Oulton*

Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.:  **29640 ~29640**
Address:  **The Debt Law Group, Pllc**
**111 Highland Ave**
**Colonial Heights, VA 23834**
Telephone No.:  **804-520-2428**

### CERTIFICATION

I certify that on   **December 28, 2010**  , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

*/s/ Richard Oulton*
**Richard Oulton**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]